UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEODIS RANDLE**                                                                                      **PLAINTIFF**

V.                                      No. 4:20-CV-01378-JM-JTR

**ERIC HIGGENS;** *et al.*                                                                     **DEFENDANTS**

### ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Complaint is DISMISSED WITHOUT PREJUDICE.

2. If Randle wishes to reopen this case, he must pay the $400 filing fee in full and file a motion to reopen within thirty days of the entry of this Order.

3. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

Dated this 7th day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE