UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEODIS RANDLE**             **PLAINTIFF**

V.        No. 4:20-CV-01378-JM-JTR

**ERIC HIGGENS;** *et al.*          **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 7th day of April, 2021..

_____
UNITED STATES DISTRICT JUDGE